# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0282. JOHN E. HARRIS v. MEIRE M. HARRIS.

In 2008, the trial court entered a final judgment and decree of divorce between John E. Harris and Meire M. Harris that incorporated a parenting plan for their minor children. In 2015, after John Harris was incarcerated, Meire Harris filed a petition for modification of custody. In response to the petition, the trial court awarded Meire Harris sole legal and physical custody of the children and vacated any previous visitation award to John Harris. John Harris filed a motion for new trial, which the trial court denied. He then filed this timely application for discretionary appeal.

Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders" are directly appealable. Additionally, "[u]nder Georgia law, visitation rights are a part of custody." *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013).

We will grant a timely-filed discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Because the underlying order John Harris seeks to appeal modified child custody and visitation rights, he is entitled to directly appeal the denial of his motion for new trial. Accordingly, this application is hereby GRANTED. John Harris shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a notice

of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  02/13/2017*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*